**Jovan Leopold-Albert**
1325 E19th street
Brooklyn,NY,11230
347-697-6505
jsla1@hotmail.com

9/23/2025

Magistrate Judge M. Henry
Eastern district of New York
225 Cadman Plaza East
Brooklyn, Ny,11201





**Re: Acknowledgment of Lawsuit – Delay in Response Due to Late Receipt of Summons**
**Case No.:1:25-cv-02854-MMH**

Dear Judge Henry,

I am writing to formally acknowledge that I am aware of the lawsuit filed against me and my former employer, Atlantic Dialysis Management Services. However, I respectfully request the Court's understanding as I was unable to respond to the lawsuit in a timely manner due to circumstances beyond my control.

I did not receive a copy of the complaint associated with the summons. The only document I received was the summons, and even that was mailed to my previous address. As a result, I did not receive the summons until **September 4, 2025**. This delay significantly impacted my ability to prepare and respond appropriately within the required time frame.

I want to express that this is my first time ever being involved in any legal matter, and I deeply regret not understanding the seriousness of the situation sooner. I am unfamiliar with the legal process and unsure of the proper steps to take in order to represent myself appropriately. I am doing my best to learn and seek guidance, but I humbly ask the Court's understanding and compassion as I try to navigate this overwhelming and unfamiliar experience. I truly want to handle this matter responsibly and with the respect it deserves.

I want to assure the Court that I am not intentionally ignoring the legal process. Now that I am aware of the lawsuit and have received the summons, I am taking immediate steps to address the matter properly.

I respectfully ask the Court to consider this explanation and allow me the opportunity to respond accordingly. Please advise if any additional documentation or action is required on my part to proceed.

Thank you for your time and understanding.

REC'D IN PRO SE OFFICE
SEP 23 '25 PM3:16

Respectfully,
**Jovan Leopold-Albert**